# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA
# AT OMAHA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Gordmans Stores, Inc., et al., | ) Chief Judge Thomas L. Saladino |
| | ) |
| Post-Effective Date Debtors | ) Case No. 17-80304 (TLS) |
| | ) (Jointly Administered) |
| | ) |
| META Advisors LLC on behalf of G-Estate Management Company, Inc. (f/k/a Gordmans Management Company, Inc.), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adv. Pro. No. 18-08334 (TLS) |
| | ) |
| DeVito Verdi, Inc., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, META Advisors LLC, on behalf of G-Estate Management Company, Inc. f/k/a Gordmans Management Company, Inc., voluntary dismisses this adversary proceeding with prejudice. An answer has not been filed.

Dated:  April 16, 2019

Respectfully submitted,

*/s/ Erin Severini*
Erin Severini, Esq. (admitted *pro hac vice*)
Ohio Bar No. 0091487
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
eseverini@fbtlaw.com

-and-

Brian J. Koenig, #23807
**KOLEY JESSEN P.C., L.L.O.**
1125 South 103rd Street, Suite 800
Omaha, NE 68124
402-390-9500 Telephone
402-390-9005 Facsimile
Brian.Koenig@koleyjessen.com

*Counsel to the Plan Administrator and*
*G-Estate Management Company, Inc.*
*f/k/a Gordmans Management Company, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2019, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States postal service, postage prepaid, the document to the following non-CM/ECF participants:

DeVito Verdi Inc.
Attn: Ellis Verdi
100 5th Avenue, 16th Floor
New York, NY 10011

                                                                */s/ Erin Severini*
                                                                Erin Severini, Esq.

0137551.0656897    4818-1494-1588v1